FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 APR 12 AM 9: 13

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| MAYFORD K. DAVIS, JR., <br> Plaintiff | ) <br> ) CASE NO. 4:12-CV-109-A <br> ) |
| Vs. | ) <br> ) |
| MARK KOTTKE, PRESIDENT, <br> ET AL., <br> Defendants | ) <br> ) <br> ) TRIAL BY JURY DEMANDED |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Defendants MARK KOTTKE, PRESIDENT, ET AL for failure to plead or otherwise defend.

### AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The Summons and complaints were served on MARK KOTTKE, PRESIDENT; NATIONAL ACCOUNT STYSTEMS OF OMAHA, LLC; AND JOE SWANSON at 2728 S. 149th Street, Omaha, NE on 3-13-2012 by U. S. Marshalls.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The Defendants are not infants, incompetent or members of the military service

4. This statement is true and is signed under the penalty of perjury.

Date: April 12, 2012

Mayford K. Davis, Jr.
216 Camelot Drive
Weatherford, Texas 76086
(817) 768-7459
mdcherokee44@gmail.com